# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>         Plaintiff,<br><br>vs.<br><br>ROSEMARY L. MARTIN, an individual; and SUZANNE ESPARZA, an individual,<br><br>         Defendants. | CASE NO.: 12-CV-00422-LJO-MJS<br><br>**ORDER DIRECTING DEPOSIT OF FUNDS**<br><br>[Lodged Concurrently With:<br>  -  Application to Deposit Funds] |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

k:\ljo\to_be_signed\12cv0422.deposit.glg.doc

Leave is hereby granted for Plaintiff Metropolitan Life Insurance Company ("MetLife") to deposit with the Court Clerk its check made payable to "Clerk of the Court, U.S. District Court, Eastern District of California" in the amount of $30,400 plus any applicable interest, representing the life insurance benefits owed under the AT&T Inc. Retired Employees Basic Life Insurance Plan insuring the decedent (Vivian M. Bender).

IT IS SO ORDERED.

Dated: **March 27, 2012**          **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE