Robert K. Renner (155283), rrenner@bargerwolen.com
James A. Hazlehurst (257711), jhazlehurst@bargerwolen.com
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, California  92612
Telephone:  (949) 757-2800
Facsimile:  (949) 752-6313

Attorneys for Plaintiff
Metropolitan Life Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROSEMARY L. MARTIN, an individual; and ESTATE OF SUZANNE ESPARZA,<br><br>Defendants. | CASE NO.:  12-CV-00422-LJO-MJS<br><br>**ORDER GRANTING PLAINTIFF METROPOLITAN LIFE INSURANCE COMPANY'S EX PARTE APPLICATION FOR A BRIEF CONTINUANCE OF THE SCHEDULING CONFERENCE AND ASSOCIATED DEADLINES**<br><br>Complaint Filed:  March 27, 2012 |

# **ORDER**

Upon consideration of Plaintiff Metropolitan Life Insurance Company's Ex Parte Application AND FOR GOOD CAUSE APPEARING, the Scheduling Conference in this matter shall be continued from June 28, 2012 at 11:30 a.m. to August 16, 2012, at 10:00 a.m.  The Pre-Conference Meet and Confer is to take place no later than 21 days before the Scheduling Conference and the Joint Report is to be filed no later than 7 days before the Scheduling Conference.

IT IS SO ORDERED.

Dated:  June 13, 2012           /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE