# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, A NEW YORK CORP.<br><br>        Plaintiff,<br><br>v.<br><br>ROSEMARY L. MARTIN, AN INDIVIDUAL; and ESTATE of SUZANNE ESPARAZA<br><br>        Defendants.<br>_____ / | CASE NO.   1:12-CV-0422-LJO-MJS<br><br>ORDER TO SHOW CAUSE WHY PARTIES SHOULD NOT BE SANCTIONED FOR FAILURE TO COMPLY WITH ORDER SETTING MANDATORY SCHEDULING CONFERENCE.<br><br>SHOW CAUSE HEARING AND CONTINUED SCHEDULING CONFERENCE SET FOR JANUARY 31, 2013 AT 9:30 A.M.<br><br>(ECF No. 3) |

The Initial Scheduling Conference set for January 4, 2013 at 10:30 a.m. before Magistrate Judge Michael J. Seng is continued to January 31, 2013 at a 9:30 a.m. before Magistrate Judge Michael J. Seng in Courtroom 6.

On March 22, 2012, this Court issued an "Order Setting Mandatory Scheduling Conference" (ECF No. 3) which, as amended by ECF No. 6, 13, 14, 16 and 20, informed counsel that "A Joint Scheduling Report, thoughtfully prepared and executed by all counsel, shall be electronically filed in CM/ECF one (1) full week prior to the Scheduling

Conference and be emailed, in Wordperfect, to mjsorders@caed.uscourts.gov. " The parties did not comply with this requirement.

The Court also notes that an apparently essential party, the Estate of Suzanne Esparza, though reportedly served September 27, 2012, has not yet appeared and no default has been entered against that party.

Accordingly, the parties are ORDERED to Show Cause on January 31, 2013 at 9:30 a.m. before Magistrate Judge Michael J. Seng in Courtroom 6 why they should not be sanctioned for their failure to comply with this Court's Order Setting Mandatory Scheduling Conference and for delay in requiring the appearance or otherwise proceeding against the Estate of Suzanne Esparza.

IT IS SO ORDERED.

Dated: January 3, 2013          /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE