**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROSEMARY L. MARTIN, an individual; and ESTATE OF SUZANNE ESPARZA,<br><br>Defendants. | CASE NO.: 12-CV-00422-LJO-MJS<br><br>**ORDER ON STIPULATION OF THE PARTIES FOR:**<br><br>**1. PLAINTIFF METROPOLITAN LIFE INSURANCE COMPANY'S DISMISSAL WITH PREJUDICE;**<br><br>**2. PERMANENT INJUNCTION; AND**<br><br>**3. METLIFE'S RECOVERY OF REASONABLE ATTORNEYS' FEES**<br><br>Complaint Filed: March 21, 2012 |

*COURT LANGUAGE ADDED*

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

# **ORDER**

Having reviewed the Parties' Joint Stipulation for Metropolitan Life Insurance Company's ("MetLife") Discharge, Dismissal with Prejudice, Permanent Injunction and Recovery of Reasonable Attorneys' Fees, and good cause appearing therefore, the Court hereby orders as follows:

1. Defendants Rosemary L. Martin and the Estate of Suzanne Esparza, and each of them, their agents, attorneys and/or assigns, are enjoined and restrained from instituting any suit at law or equity, or action of any kind whatsoever, against MetLife, AT&T Inc. ("AT&T") and/or the AT&T Inc. Retired Employees Basic Life Insurance Plan (the "Plan") with respect to the Plan or the Thirty Thousand and Four Hundred Dollars ($30,400) (the "Plan Benefits") that become payable to the proper beneficiary upon the death of Vivian M. Bender;

2. That MetLife is dismissed with prejudice from this action, and that MetLife, AT&T and the Plan are discharged of all liability with respect to the Plan or the Plan Benefits;

3. That MetLife is awarded the sum of $5,000.00 as its reasonable attorneys' fees and costs incurred in this action, to be deducted from the Plan Benefits, to be made payable via a check to "Metropolitan Life Insurance Company" and to be mailed forthwith to its counsel of record in this action: Barger & Wolen LLP, Attention: Robert K. Renner, 19800 MacArthur Boulevard, Suite 800, Irvine, California 92612.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**In addition, this Court intends to close this action unless the parties, no later than January 30, 2013, file papers to show good cause not to close this action.**

IT IS SO ORDERED.

Dated: **January 22, 2013**          /s/ Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

2