# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | CASE NO. CV F 12-0422 LJO MJS |
| Plaintiff, | **ORDER TO CLOSE ACTION** (Doc. 35.) |
| vs. | |
| ROSEMARY L. MARTIN, et al. | |
| Defendants. / | |

Given the absence of further matters before this Court and plaintiff Metropolitan Life Insurance Company's respose to this Court's notice of intent to close action, this Court DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   January 30, 2013         /s/  Lawrence J. O'Neill**
                             UNITED STATES DISTRICT JUDGE

1