Michael J.F. Smith, #109426
**Michael J.F. Smith, A Professional Corporation**
1391 West Shaw Avenue, Suite D
Fresno, California 93711
(559) 229-3900
Fax: (559) 229-3903

**FILED**

FEB 0 1 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for:     Defendant and Cross-Claimant
ROSEMARY L. MARTIN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation, <br><br> Plaintiff, <br><br> v. <br><br> ROSEMARY L. MARTIN, an individual; and ESTATE OF SUZANNE ESPARZA <br><br> Defendants. | Case No.12-CV-00422-LJO-MJS <br><br> **ORDER FOR DISBURSEMENT OF INTERPLED FUNDS** <br><br> **Hon. Lawrence J. O'Neill** |

   This Court has closed this case and finds that the interpled funds deposited on April 12, 2012 in the amount of $30,877.24 with receipt number CAE100018590 by Plaintiff Metropolitan Life Insurance Company should be disbursed pursuant to the stipulation ordered on January 22, 2013.

THEREFORE, IT IS ORDERED that:

   $5,000 shall be disbursed to Metropolitan Life Insurance Company for reasonable attorneys fees and the remaining balance of the deposit shall be distributed to "Michael J. F. Smith, APC: Attorney-Client Trust Account" for the benefit of Defendant Rosemary L. Martin.

Dated: 2-1-13          By: _____
                              District Court Judge

[PROPOSED]ORDER FOR DISBURSEMENT OF INTERPLED FUNDS

1